UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DAVID G. OLSEN,<br>    Plaintiff<br>v.<br><br>NATIONAL RECOVERIES, INC.<br>    Defendant | CIVIL ACTION NO.<br>3:13-cv-1038-MPS<br><br><br><br><br>FEBRUARY 4, 2014 |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiff, David G. Olsen, through his attorney, and the defendant, National Recoveries, Inc., through their attorney, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

        PLAINTIFF, DAVID G. OLSEN

        By: /s/ Daniel S. Blinn___
           Daniel S. Blinn (ct02188)
           dblinn@consumerlawgroup.com
           Consumer Law Group, LLC
           35 Cold Spring Rd. Suite 512
           Rocky Hill, CT  06067
           Tel. (860) 571-0408
           Fax. (860) 571-7457

        DEFENDANT, NATIONAL RECOVERIES, INC.

By: /s/ Michael J. Dugan
    Michael J. Dugan (ct18669)
    Litchfield Cavo LLP
    82 Hopemeadow Street, Suite 210
    Simsbury, CT 06089
    Tel. (860) 413-2800
    Fax. (860) 413-2801
    dugan@litchfieldcavo.com

## CERTIFICATION

I hereby certify that on this 4th day of February, 2014, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Daniel S. Blinn
Daniel S. Blinn